UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-04337-SVW-SSC | Date: November 24, 2025 |
| Title  Wilbur L. Lawson v. A. Cox | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 14, 2025, *pro se* Plaintiff Wilbur L. Lawson filed a complaint against Defendant Correctional Officer A. Cox. On September 30, 2025, Defendant Cox filed a Motion to Dismiss and the Court ordered Plaintiff to file an opposition or non-opposition to the motion no later than October 22, 2025. The deadline to file an opposition or non-opposition has passed and the court has not received any response or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **December 15, 2025,** why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-04337-SVW-SSC                    Date: November 24, 2025

Title   Wilbur L. Lawson v. A. Cox

the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by December 15, 2025.

    If Plaintiff files a response to the motion to dismiss by December 15, 2025, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

    Plaintiff is cautioned that failure to timely file a response to the motion to dismiss will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

 

                                                                                                                            :

Initials of Preparer    **ts**