UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR L. LAWSON, | Case No. 2:25-cv-04337-SVW-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CORRECTIONAL OFFICER A. COX, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute and comply with court orders.

DATED: January 23, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE